No. A–500. Sarullo *v.* United States, *ante,* p. 837. Application to stay further execution and enforcement of judgment of conviction by the United States District Court for the Western District of Tennessee, presented to Mr. Justice Marshall, and by him referred to the Court, denied.

No. A–527. Kremens, Hospital Director, et al. *v.* Bartley et al. D. C. E. D. Pa. Motion to vacate in part stay heretofore granted by this Court on December 15, 1975 [*ante,* p. 1028] denied.

No. A–532 (75–522). Tallant et al. *v.* United States. D. C. N. D. Ga. Reapplication for bail, presented to Mr. Justice Marshall, and by him referred to the Court, denied.

No. A–543. Citizens Committee to Oppose Annexation *v.* City of Lynchburg, Virginia, et al. C. A. 4th Cir. Application for injunction, presented to Mr. Justice Marshall, and by him referred to the Court, denied.

No. A–597. Franks *v.* Franks. Application for stay of mandate of Supreme Court of Colorado, presented to Mr. Justice Brennan, and by him referred to the Court, denied.

No. 74–220. Hancock, Attorney General of Kentucky *v.* Train, Administrator, Environmental Protection Agency, et al. C. A. 6th Cir. [Certiorari granted, 420 U. S. 971.] Motion of the State of Alabama for leave to file a brief as *amicus curiae* granted.